UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

**Fred Asante**

------------------------------------x

**ORDER**

**21cr088 (JSR)**
Docket #

**Hon. Jed S. Rakoff, U.S.**, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Robert Soloway** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

*Robert Bryan, Esq. is relieved as counsel.*

**SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      12/8/21