5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :           **ORDER**
                                        :
Fred Asante                             :
                                        :           21cr088 (JSR)
                                        :           _____
                                        :           Docket #
                                        :
----------------------------------------x


   Hon. Jed S. Rakoff, U.S.
_____, **DISTRICT JUDGE**:
      Judge's Name

The C.J.A. attorney assigned to this case
Robert Soloway
_____ is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned
                              Cesar de Castro
matter is assigned to _____, NUNC-PRO-TUNC _____.

                              Attorney's Name

                                        SO ORDERED.

                                        [signature: Jed S. Rakoff]
                                        _____
                                        UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         12/10/2021