UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :
                                   :   CONSENT PRELIMINARY ORDER
     - v. -                        :   OF FORFEITURE AS TO SPECIFIC
                                   :   PROPERTY/MONEY JUDGMENT
FRED ASANTE,                       :
                                   :   21 Cr. 88 (JSR)
          Defendant.               :
                                   :
---------------------------------- x

WHEREAS, on or about February 10, 2021, FRED ASANTE (the "Defendant"), among others, was charged in a five-count Indictment, 21 Cr. 88 (JSR) (the "Indictment"), with *inter alia*, conspiracy to commit money laundering (Count Three), in violation of Title 18, United States Code, Section 1956(h);

WHEREAS, the Indictment included a forfeiture allegation as to Count Three, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property involved in the offense charged in Count Three of the Indictment and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Three of the Indictment and certain assets;

WHEREAS, on or about February 22, 2021, the Government seized $205,867.62 from M&T Bank Account 00000009880766903, held in the name of "Fog Logistics LLC" (the "M&T Funds");

WHEREAS, on or about March 10, 2021, United States Magistrate Judge Barbara Moses issued a warrant to seize any and all funds in the Apple Federal Credit Union, Account No. 00004904670199, held in the name of "FOG LOGISTICS LLC" (the "Apple FCU Account");

WHEREAS on or about March 10, 2021, the Government seized $117,779.95 in United States currency from the Apple FCU Account (the "Apple Funds");

WHEREAS, on or about March 30, 2021, United States Magistrate Judge Ona T. Wang issued a warrant to seize a 2021 Mercedes Benz GLE AMG 53, VIN # 4JGFD6BB3MA252420 (the "Vehicle");

WHEREAS, on or about September 15, 2021, a Declaration of Administrative Forfeiture was entered forfeiting all right, title and interest in the M&T Funds to the Government;

WHEREAS, on or about February 16, 2022, the Defendant pled guilty to Count Three of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Three of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $647,488 in United States currency, representing the property involved in the offense charged in Count Three of the Indictment; and (ii) all right, title and interest of the Defendant in the following specific property: the Vehicle; the Apple Funds; and the M&T Funds;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $647,488 in United States currency, representing the amount of property involved in the offense charged in Count Three of the Indictment;

WHEREAS, the Defendant further consents to the forfeiture of all his right, title and interest in the Apple Funds and the Vehicle (collectively, the "Specific Property"), which constitutes property involved in the offense charged in Count Three of the Indictment;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Three of the Indictment cannot

be located upon the exercise of due diligence, with the exception of the Specific Property and the M&T Funds; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Sagar K. Ravi of counsel, and the Defendant, and his counsel, Valerie Gotlib, Esq., that:

1. As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $647,488 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Three of the Indictment, shall be entered against the Defendant.

2. As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment is final as to the Defendant FRED ASANTE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

5. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

7. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

8. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii)

shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

9. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

10. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. All Specific Property forfeited to the United States under a Final Order of Forfeiture and the M&T Funds shall be applied towards the satisfaction of the Money Judgment.

11. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

12. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

13. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

14. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____  2/16/22
SAGAR K. RAVI                         DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2195


FRED ASANTE

By: _____  2-16-2022
FRED ASANTE                          DATE

By: _____  2/16/2022
VALERIE GOTLIB, ESQ., Of Counsel     DATE
Attorney for Defendant
The Law Firm of César de Castro, P.C.
111 Fulton Street-602
New York, NY 10038


SO ORDERED:

_____  2/16/22
HONORABLE JED S. RAKOFF           DATE
UNITED STATES DISTRICT JUDGE