```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2022
```

FROM: 71047083
TO: Asante, Fel
SUBJECT: NOTICE OF APPEAL
DATE: 06/26/2022 02:00:42 PM

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

UNITED STATES
V.
FRED ASANTE

CASE NUMBER: 21-CR-88 (JSR)

## UNTIMELY NOTICE OF APPEAL

COMES THE DEFENDENT FRED ASANTE, WHO HEREBY GIVES NOTICES TO THE SOUTHERN DISTRICT OF NEW YORK SECOND CIRCUIT OF MY INTENTIONS TO APPEAL THE FINAL JUDGEMENT OF THIS COURT TO THE SECOND CIRCURT COURT OF APPEAL. I ASKED MY ATTORNEY AFTER SENTANCING TO SUBMIT MY NOTICE OF APPEAL AND HE DID NOT, SO THIS IS NOW MY UNTIMELY NOTICE OF APPEAL.

FRED ASANTE
MDC BROOKLYN
P.O. BOX 329002
BROOKLYN, NY 11232

RESPECTFUFULLY SUBMITTED
FRED ASANTE
71047-083

FRED ASANTE 71047-083
MDC BROOKLYN
P.O. BOX 329002
BROOKLYN, NY, 11232

NEW YORK NY 100
27 JUN 2022 PM 12L

Crim
DKT AC
CLERK OF COURTS
U.S. SOUTHERN DISTRICT
500 PEARL STREET
NEW YORK, NY, 10007-1312

10007-130099



METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.