IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
FEB 23 2024
S.D.N.Y.

-------------------------------------------------------X
                                        :
UNITED STATES OF AMERICA,

                    Respondent,        :

v.                                                      Criminal No. 1:21-cr-00088-JSR
                                        :
                                                        Civil Case No. 23-cv-1299
FRED ASANTE,

                    Petitioner.        :
-------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO PETITIONER FRED ASANTE'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT HIS CONVICTION AND SENTENCE

COMES Defendant, Fred Asante ("Asante"), appearing *pro se,* and files his Motion for

Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion to

Petitioner Fred Asante's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct His

Conviction and Sentence, and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Asante respectfully requests that this Court be mindful

that "[T]he filings of a federal habeas petitioner who is proceeding *pro se* are entitled

to the benefit of liberal construction." *Tracy v. Freshwater*, 623 F.3d 90 (2nd Cir.

2010); *Estelle v. Gamble*, 429 U.S. 97 (1976)(same); *Haines v. Kerner*, 404 U.S. 519

(1972).

## REASON FOR EXTENSION

The twenty-five (25) page single spaced United States' Response in Opposition to Defendant's Motion to Petitioner Fred Asante's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, ("USR") was just received by Asante through the prison mail, which has become unreliable and sporadic since the Covid/Delta Virus pandemic. It can take weeks or more often to receive mail. Further, the compound at FCI Petersburg Low has had very limited access to the prison law library since the pandemic. Because of these limitations, Asante needs more time to research, prepare and perfect his Reply to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including March 14, 2024, to complete his Reply.

WHEREFORE, premise considered, Asante prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including, March 14, 2024.

Respectfully submitted,

Dated: February 14, 2024

Fred Asante
Reg. No. 71047-083
FCI PETERSBURG LOW
FEDERAL CORR. INSTITUTION
P.O. BOX 1000
PETERSBURG, VA 23804

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I mailed a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion to Petitioner Fred Asante's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, postage prepaid, to Sagar Kananur Ravi, U.S. Attorney's Office- Southern District of New York, One St. Andrew's Plaza, New York, NY 10007.


FRED ASANTE

Fred Asante
Reg. No. 71047-083
FCI PETERSBURG LOW
FEDERAL CORR. INSTITUTION
P.O. BOX 1000
PETERSBURG, VA 23804
February 14, 2024

Ms. Ruby J. Krajick
Clerk of Court
U.S. District Court
Southern District of New York
Foley Square Division
40 Foley Square
New York, NY 10007

     RE:   *Asante v. United States*
           Crim No. 1:21-cr-00088-JSR-2

Dear Ms. Krajick:


     Enclosed please find and accept for filing Movant's Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion to Petitioner Fred Asante's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside. Please submit this motion to the Court.

     Thank you for your assistance in this matter.

                             Sincerely,


                             FRED ASANTE
                             Appearing *Pro Se*


*Encl. as noted*