UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ASANTE,

        Petitioner,

   -v-

UNITED STATES OF AMERICA,

        Respondent.

23-cv-1299 (JSR) (VF)

21-cr-88-2 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On December 29, 2025, Magistrate Judge Figueredo issued a Report and Recommendation ("R&R") in the above-captioned matter recommending denial of the petition filed by Fred Asante, pro se, under 28 U.S.C. § 2255.

Petitioner has failed to file any objection to the R&R after receiving notice that he was required to file any objections and that a failure to do so would result in a waiver of his right to further review. Accordingly, petitioner has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989). Nevertheless, the Court has reviewed the R&R de novo and independently agrees with its analysis. As the R&R notes, the petitioner knowingly and voluntarily waived his right to bring a Section 2255 collateral challenge to his sentence when he signed the written plea agreement, and none of the recognized exceptions to waiver apply here.

1

Accordingly, the Court hereby adopts the R&R, and, for the reasons therein, denies the petition with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

SO ORDERED.

New York, NY
February _10_ , 2026

JED S. RAKOFF, U.S.D.J.

2